CHAPTER 13 TRUSTEE

921809

UNITED STATES BANKRUPTCY COURT     Dec 12, 2007     $6,251.99

Payments found to be undeliverable, detailed on the attached listing, for deposit into the registry of the court.

*Deposit 12/19/07*
*14 - Chapter 13 Account - Total $6251.99*

---

**CHAPTER 13 TRUSTEE**
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

**FIRST AMERICAN BANK & TRUST**
METAIRIE, LA 70005
84-242/654

921809

| DATE | AMOUNT |
|---|---|
| December 12, 2007 | $ 6,251.99 |

9/100 Dollars

URT

*A.J Beaulieu*
AUTHORIZED SIGNATURE

⑁⃫0⃫2⃫4⃫2⃫3⃫⃫ 690 272 3⃫⃫

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 223232      - KW
* * C O P Y * *
December 19, 2007
09:43:25

TREASURY REGFUND
ebtor.: 14 VARIOUS CH. 13'S
iount.:        $6,251.99 CH
ieck#.: 921809

otal-> $6,251.99

OM: BEAULIEU

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0217359 | SLANEY<br>1521 VEGAS ST<br>METAIRIE LA | RITA L<br><br>70003 | 353.40 | MERYVN'S<br>RETAILERS NATIONAL BANK<br>PO BOX 59316<br>MINNEAPOLIS MN  55459 |
| 0219152 | CAVALIER SR<br>CAVALIER<br>PO BOX 7098<br>JACKSON MS | STANFORD<br>CHYAWANDA<br><br>39282 | 321.13 | SDF/SECURITY ONE<br>%VENGROFF<br>PO BOX 19715<br>IRVINE CA  92623 |
| 0311479 | HENDERSON<br>7916 MARQUIS ST<br>NEW ORLEANS LA | BERTIE<br><br>70128 | 257.03 | CITIFINANCIAL<br>PO BOX 5914<br>SANTA ROSA CA  95402 |
| 0312951 | LANDRY<br>4665 BEECH ST<br>BATON ROUGE LA | DONNA M<br><br>70805 | 55.45 | |
| 0313238 | FARAONE<br>FARAONE<br>4941 GRAND TERRE DR<br>MARRERO LA | RICHARD<br>EVELYN<br><br>70072 | 51.12 | CITIFINANCIAL CONSUMER SVC IN<br>1801 MANHATTAN BLVD  STE M<br>HARVEY LA  70058 |
| 0318192 | MALBROUGH<br>MALBROUGH<br>386 SHADOW LN<br>LAPLACE LA | BRIAN PAUL<br>PATRICIA ANN<br><br>70068 | 372.37 | WASHINGTON MUTUAL FINANCE<br>STE H<br>11436 CRONHILL DR<br>OWINGS MILLS MD  21117 |
| 0411256 | BRIGNAC<br>BRIGNAC<br>1320 TERRY ST<br>NEW ORLEANS LA | WESLEY J<br>MABLE A CRAWFORD<br><br>70114 | 83.93 | LOUISIANA CASH ADVANCE<br>STE C<br>116 TERRY PKWY<br>GRETNA LA  70056 |
| 0415401 | WILLIAMS SR<br>1109 MICHAEL ST<br>MARRERO LA | SPENCER<br><br>70072 | 36.87 | DEEP SOUTH CREDIT CORP<br>1620 D BELLE CHASSE HWY<br>GRETNA LA  70056 |
| 0416582 | BAKER<br>212 GRAND DR<br>METAIRIE LA | MELANIE<br><br>70003 | 1.92 | |
| 0417030 | NICOLOSI<br>NICOLOSI<br>12579 NICOLAS LANE<br>HAMMOND LA | PAUL JOSEPH<br>PATSY RUTH<br><br>70401 | 15.82 | TAX COLLECTOR/SHERIFF<br>PARISH OF TANGIPAHOA<br>PO BOX 942<br>AMITE LA  70422 |
| 0418622 | AKE<br>182 SANDRA DEL MAR<br>MANDEVILLE LA | CHARLES E<br><br>70488 | 128.34 | |
| 0418888 | BATES<br>PO BOX 58722<br>NEW ORLEANS LA | SABRINA MARIA<br><br>70158 | 80.00 | |
| 0418893 | GOULD<br>1405 S 7TH ST<br>MONROE LA | VICTORIA ANN<br><br>71202 | 961.96 | CITY OF NEW ORLEANS<br>SUITE 1840<br>1515 POYDRAS<br>NEW ORLEANS LA  70112 |
| 0511821 | GETTLE<br>GENERAL DELIVERY<br>BAKER LA | MICHAEL ANDRE<br><br>70714 | 3,532.65 | |

6,251.99

*14 - Chapter 13 Accounts = $6251.99 Total* (handwritten)